## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| William E. Webster III, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1248 C.D. 2018 |
| | : | |
| Lehigh County Adult | : | |
| Probation and Parole, | : | |
| Respondent | : | |

# **O R D E R**

NOW, April 25, 2019, upon consideration of petitioner's application for reargument, and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge